| | |
|---|---|
| 1 | Laura K. Rang, Esq. (Admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| 2 | 30th Floor Market Tower |
| | 10 West Market Street, Suite 3000 |
| 3 | Indianapolis, Indiana  46204-2852 |
| | Telephone: (317) 363-2400 |
| 4 | Facsimile:  (317) 363-2257 |
| | E-mail:   lrang@schuckitlaw.com |
| 5 | |
| | *Counsel for Defendant Trans Union, LLC* |
| 6 | |
| 7 | Michael W. Bien, Esq. (CSB #96891) |
| | Elizabeth Eng, Esq. (CSB # 239265) |
| 8 | Rosen, Bien & Galvan, LLP |
| | 315 Montgomery Street, Tenth Floor |
| 9 | San Francisco, California  94104-1823 |
| | Telephone:  415-433-6830 |
| 10 | Fax:  415-433-7104 |
| | E-Mail:   mbien@rbg-law.com |
| 11 | eeng@rbg-law.com |
| 12 | *Local Counsel for Defendant Trans Union, LLC* |

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| BRADLEY W. HUFFMAN, | ) | CASE NO. 3:10-cv-00580-SI |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| vs. | ) | **PREJUDICE BETWEEN** |
| | ) | **PLAINTIFF AND DEFENDANT** |
| TRANS UNION CORP. and | ) | **TRANS UNION, LLC** |
| DOES 1-25, | ) | |
| Defendants. | ) | |

Pro Se Plaintiff Bradley W. Huffman and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Bradley W. Huffman against Defendant Trans Union, LLC are dismissed, with prejudice.

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-CV-00580-SI**

1 | Plaintiff Bradley W. Huffman and Defendant Trans Union, LLC shall each bear their own costs
2 | and attorneys' fees.
3 |
4 | Date: _____  _____
5 | JUDGE SUSAN ILLSTON, United States
6 | District Court, Northern District of California, San Francisco Division
7 | DISTRIBUTION TO:
8 | Bradley W. Huffman
9 | P.O. Box 1168
    | Oakley, CA  94561
10 | Laura K. Rang, Esq.
11 | lrang@schuckitlaw.com
12 | Elizabeth Eng, Esq.
13 | eeng@rbg-law.com
14 | Michael W. Bien, Esq.
15 | mbien@rbg-law.com

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-CV-00580-SI**